Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central District of California**

Case number (if known): ____________ Chapter **11**

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

**1. Debtor's name** — **Hilbert Group LLC**

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)** — **32–0480193**

**4. Debtor's address**

**Principal place of business**

**Hilbert Group Manager LLC**
**520 Newport Center Drive, Suite 480**
Number Street
**Newport Beach, CA 92660**
City State ZIP Code

**Orange**
County

**Mailing address, if different from principal place of business**

Number Street

City State ZIP Code

**Location of principal assets, if different from principal place of business**

**27415 - 27535 Jefferson Ave.**
**27415 - 27535 Jefferson Ave.**
Number Street
**Temecula, CA 92590**
City State ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: ____________

Debtor **Hilbert Group LLC** Case number *(if known)*
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. §101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
- ☐ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☐ No
- ☑ Yes. District **Central District of California** When **1/20/2026** (MM / DD / YYYY) Case number **8:26-bk-10154-MH**

  District ________ When ________ (MM / DD / YYYY) Case number ________

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

- ☑ No
- ☐ Yes. Debtor ________ Relationship ________

  District ________ When ________ (MM / DD / YYYY)

  Case number, if known ________

Debtor **Hilbert Group LLC** Case number *(if known)*
Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? ____________________

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____________________

**Where is the property?** ____________________
Number Street

____________________

City State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency ____________________

Contact name ____________________

Phone ____________________

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor **Hilbert Group LLC** Case number *(if known)*
Name

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/24/2026**
MM/ DD/ YYYY

✗ **/s/ IoannIs XIllkakls**
Signature of authorized representative of debtor

**IoannIs XIllkakls**
Printed name

Title **Manager**

**18. Signature of attorney**

✗ **/s/ William J Wall**
Signature of attorney for debtor

Date **02/24/2026**
MM/ DD/ YYYY

**William J Wall**
Printed name

**Wall Law Office**
Firm name

**26895 Aliso Creek Rd # B-110**
Number Street

**Aliso Viejo** **CA** **92656-5301**
City State ZIP Code

**(949) 387-4300 x105**
Contact phone

**wwall@wall-law.com**
Email address

**203970** **CA**
Bar number State

Debtor **Hilbert Group LLC**
Name

Case number *(if known)*

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☑ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/24/2026**
MM/ DD/ YYYY

X **/s/ Ioannis Xilikakis**
Signature of authorized representative of debtor

**Ioannis Xilikakis**
Printed name

Title **Manager**

**18. Signature of attorney**

X **/s/ William J Wall**
Signature of attorney for debtor

Date **02/24/2026**
MM/ DD/ YYYY

**William J Wall**
Printed name

**Wall Law Office**
Firm name

**26895 Aliso Creek Rd # B-110**
Number Street

**Aliso Viejo** **CA** **92656-5301**
City State ZIP Code

**(949) 387-4300 x105**
Contact phone

**wwall@wall-law.com**
Email address

**203970** **CA**
Bar number State

Fill in this information to identify the case:

Debtor name **Hilbert Group LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Joses Nuevo Landscaping LLC<br>3857 Birch Street Suite 209<br>Newport Beach, CA 92660 | | Services | | | | $63,000.00 |
| 2 | Viererguppe Management Inc.<br>1932 East Deere Avenue Suite 150<br>Santa Ana, CA 92705 | (714) 442-0625 | Services | | | | $44,803.13 |
| 3 | WestMar Commercial Brokerage, Inc<br>41623 Margarita Road Suite 100<br>Temecula, CA 92591 | (951) 491-6300 | | | | | $11,835.72 |
| 4 | Southern California Edison<br>P.O. Box 300<br>Rosemead, CA 91772-0001 | (800) 655-4555 | Utility Service | | | | $5,026.56 |
| 5 | Prime Investors Corporation<br>P.O.Box 3697<br>Vista, CA 92085 | | | | | | $4,257.03 |
| 6 | Sain Builders<br>147 Hart Bench Rd<br>Darby, MT 59829 | | | | | | $4,125.00 |
| 7 | Rancho California Water District<br>PO Box 512687<br>Los Angeles, CA 90051-0687 | (951) 296-6930 | | | | | $3,791.40 |
| 8 | 4 Seasons Air, Inc.<br>8585 Katella Avenue<br>Stanton, CA 90680 | (800) 850-5553 | | | | | $3,473.20 |

Debtor **Hilbert Group LLC** Case number *(if known)*
Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | CR&R, Inc.<br>PO Box 7096<br>Pasadena, CA 91109-9952 | (800) 755-8112 | | | | | $2,251.36 |
| 10 | Kuri Services LLC<br>14817 Janine Dr.<br>Whittier, CA 90605 | | | | | | $1,680.00 |
| 11 | American Jetting Services<br>P.O Box 1699<br>Ontario, CA 91762 | (800) 538-8426 | | | | | $990.00 |
| 12 | ABC Supply Co. Inc.<br>PO Box BOX 748242<br>Los Angeles, CA 90074-8242 | (608) 368-2562 | | | | | $677.82 |
| 13 | Ramsey Backflow & Plumbing<br>11626 Sterling Ave Suite D<br>Riverside, CA 92503 | (951) 689-4116 | | | | | $480.00 |
| 14 | Alz Electrical and Lighting Service<br>23905 Clinton Keith Rd 114-395<br>Wildomar, CA 92595 | | | | | | $362.50 |
| 15 | Knight Security & Fire Systems<br>2418 Auto Park Way<br>Escondido, CA 92029 | (760) 745-3604 | | | | | $342.50 |
| 16 | Pestgon, Inc.<br>3612 Ocean Ranch Rd<br>Oceanside, CA 92056 | (877) 724-8100 | | | | | $264.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

United States Bankruptcy Court

Central District of California

**In Re:** Hilbert Group LLC

Case No: ___________

Chapter: 11

## STATEMENT REGARDING CORPORATE RESOLUTION

I, Ioannis Xilikakis, declare under penalty of perjury that I am the Manager of Hilbert Group LLC, a California LLC and that on February 24, 2026 the following resolution was duly adopted by the Board of this LLC:

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Ioannis Xilikakis, Manager of this LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the LLC; and

Be it Further Resolved, that Ioannis Xilikakis, Manager of this LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the LLC, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the LLC in connection with such bankruptcy case; and

Be it Further Resolved that Ioannis Xilikakis, Manager of this LLC, is authorized and directed to employ William J Wall and to represent the LLC in such bankruptcy case."

Executed on: **February 24, 2026**

Signed: **/s/ Ioannis Xilikakis**
Ioannis Xilikakis, Manager

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

IN RE:
**Hilbert Group LLC**

CHAPTER **11**

DEBTOR(S)

CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **The Stupin Family Trust** | | 37.5 | Membership |
| **Deba Shyam**<br>520 Newport Center Drive, Suite 480<br>Newport Beach, CA 92660 | | 40.00 | Membership |
| **Malik Enterprises LLC** | | 10 | Membership |
| **Kim Paglia** | | 6.25 | Membership |
| **Vincent T. Paglia Jr.** | | 6.25 | Membership |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the **Manager** of the **Nonpublic Corporation** named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **02/24/2026**

Signature: **/s/ Ioannis Xilikakis**
*Ioannis Xilikakis, Manager*

Fill in this information to identify the case:

Debtor name **Hilbert Group LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): ______ Chapter **11**

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

| | |
|---|---|
| 1a. **Real Property:** Copy line 88 from *Schedule A/B* | **$24,460,000.00** |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | **$0.00** |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | **$24,460,000.00** |

### Part 2: Summary of Liabilities

| | |
|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | **$12,500,734.83** |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | **$172,356.51** |
| 3b. **Total amount of claims of non-priority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | **+ $147,360.22** |
| 4. **Total liabilities** Lines 2 + 3a + 3b | **$12,820,451.56** |

Fill in this information to identify the case:

Debtor Name **Hilbert Group LLC**

United States Bankruptcy Court for the: **Central** District of **California** (State)

Case number (If known): ______

❑ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☑ No. Go to Part 2.

❑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. **Cash on hand** | | | |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | | | |
| 3.2. | | | |
| 4. **Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | |
| 4.2 | | | |
| 5. **Total of Part 1**<br>Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | |

### Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.

❑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| 7.1 | |

7.2 ______

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 ______

8.2 ______

9. **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

❑ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | **$27,921.00** | - | **unknown** | =.....➔ | **unknown** |
| 11b. Over 90 days old: | **$18,441.71** | - | **unknown** | =.....➔ | **unknown** |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

❑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 ______

14.2 ______

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. ______

15.2. ______

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 ____________ ____________ ____________

16.2 ____________ ____________ ____________

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83. ____________

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| ____________ | MM / DD / YYYY | ____________ | ____________ | ____________ |
| 20. **Work in progress** | | | | |
| ____________ | MM / DD / YYYY | ____________ | ____________ | ____________ |
| 21. **Finished goods, including goods held for resale** | | | | |
| ____________ | MM / DD / YYYY | ____________ | ____________ | ____________ |
| 22. **Other inventory or supplies** | | | | |
| ____________ | MM / DD / YYYY | ____________ | ____________ | ____________ |

23. **Total of Part 5**
Add lines 19 through 22. Copy the total to line 84. ____________

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value ____________ Valuation method ____________ Current value ____________

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **Hilbert Group LLC** Case number *(if known)* ______
Name

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
 ☐ No
 ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value ______ Valuation method ______ Current value ______

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | | | |
| | | | | |
| 40. | **Office fixtures** | | | |
| | | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |

43. **Total of Part 7**
Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
❑ No
❑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
❑ No
❑ Yes

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
❑ Yes. Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 | | | |
| | 47.2 | | | |
| | 47.3 | | | |
| | 47.4 | | | |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 ____

48.2 ____

49. **Aircraft and accessories**

49.1 ____

49.2 ____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

____

51. **Total of Part 8**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

❑ No
❑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 9: Real property

54. **Does the debtor own or lease any real property?**

❑ No. Go to Part 10.
☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1 **Real Property / 27415, 27445, 27481, 27515, 27535 Jefferson Avenue Temecula, CA 92590** | **Fee Simple** | **unknown** | | **$24,460,000.00** |

56. **Total of Part 9**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. **$24,460,000.00**

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
❑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

❑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

______ ______ Total face amount – ______ doubtful or uncollectible amount = ➔ ______

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

______ Tax year ______ ______

______ Tax year ______ ______

______ Tax year ______ ______

73. **Interests in insurance policies or annuities**

______ ______

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

______ ______

**Nature of claim** ______

**Amount requested** ______

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

______ ______

**Nature of claim** ______

**Amount requested** ______

76. **Trusts, equitable or future interests in property**

______ ______

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

______ ______

______ ______

78. **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90. ______

Debtor **Hilbert Group LLC** Case number *(if known)* ________
Name

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

❑ No
❑ Yes

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| | Type of property | Current value of personal property | | Current value of real property |
|---|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | | | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | | | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | **unknown** | | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | | |
| 88. | **Real property.** *Copy line 56, Part 9.*.......... ➔ | | | **$24,460,000.00** |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + | | |
| 91. | **Total.** *Add lines 80 through 90 for each column*..........91a. | **$0.00** | + 91b. | **$24,460,000.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......... **$24,460,000.00**

Fill in this information to identify the case:

Debtor name **Hilbert Group LLC**

United States Bankruptcy Court for the: **Central** District of **California** (State)

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
☑ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* **Amount of claim** Do not deduct the value of collateral.

*Column B* **Value of collateral that supports this claim**

**2.1 Creditor's name**
**Ellington (Elizon DB 2016-1 Trust)**

**Describe debtor's property that is subject to a lien**
Real Property

Column A: **$12,500,734.83**
Column B: **$24,460,000.00**

**Creditor's mailing address**
**53 Forest Avenue**
**Old Greenwich, CT 06870**

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** **$12,500,734.83**

Debtor **Hilbert Group LLC**
Name

Case number (if known) ______

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| DS PE Holdco, LLC<br>DLA Piper LLP (US)<br>Eric D. Goldberg<br>2000 Avenue of the Stars, North Tower 400<br>Los Angeles, CA 90067 | Line 2. 1 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Debtor **Hilbert Group LLC** Case number (if known) ______
Name

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name **Hilbert Group LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): ____________

❑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   - ❑ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| **2.1** | **$172,356.51** | **$172,356.51** |
| **2.2** | | |

**2.1 Priority creditor's name and mailing address**
**Riverside County Treasurer**
**P.O. Box 12005**
**Riverside, CA 92502-2205**

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the Claim:** ____________

**Is the claim subject to offset?**
- ☑ No
- ❑ Yes

**2.2 Priority creditor's name and mailing address**
____________

**Date or dates debt was incurred** ____________

**Last 4 digits of account number** ____

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:** *Check all that apply.*
- ❑ Contingent
- ❑ Unliquidated
- ❑ Disputed

**Basis for the claim:** ____________

**Is the claim subject to offset?**
- ❑ No
- ❑ Yes

Debtor **Hilbert Group LLC** Case number *(if known)*
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
**4 Seasons Air, Inc.**
**8585 Katella Avenue**
**Stanton, CA 90680**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,473.20**

**3.2 Nonpriority creditor's name and mailing address**
**ABC Supply Co. Inc.**
**PO Box BOX 748242**
**Los Angeles, CA 90074-8242**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$677.82**

**3.3 Nonpriority creditor's name and mailing address**
**Alz Electrical and Lighting Service**
**23905 Clinton Keith Rd 114-395**
**Wildomar, CA 92595**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$362.50**

**3.4 Nonpriority creditor's name and mailing address**
**American Jetting Services**
**P.O Box 1699**
**Ontario, CA 91762**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$990.00**

Debtor **Hilbert Group LLC** Case number *(if known)* ______
Name

**Part 2:** Additional Page

**3.5 Nonpriority creditor's name and mailing address**
CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-9952

**As of the petition filing date, the claim is:** **$2,251.36**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660

**As of the petition filing date, the claim is:** **$63,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.7 Nonpriority creditor's name and mailing address**
Knight Security & Fire Systems
2418 Auto Park Way
Escondido, CA 92029

**As of the petition filing date, the claim is:** **$342.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605

**As of the petition filing date, the claim is:** **$1,680.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ______

**Date or dates debt was incurred** ______
**Last 4 digits of account number** ______

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Hilbert Group LLC** Case number *(if known)*
Name

## Part 2: Additional Page

**3.9** **Nonpriority creditor's name and mailing address**
**Pestgon, Inc.**
**3612 Ocean Ranch Rd**
**Oceanside, CA 92056**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$264.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.10** **Nonpriority creditor's name and mailing address**
**Prime Investors Corporation**
**P.O.Box 3697**
**Vista, CA 92085**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,257.03**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.11** **Nonpriority creditor's name and mailing address**
**Ramsey Backflow & Plumbing**
**11626 Sterling Ave Suite D**
**Riverside, CA 92503**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$480.00**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**3.12** **Nonpriority creditor's name and mailing address**
**Rancho California Water District**
**PO Box 512687**
**Los Angeles, CA 90051-0687**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$3,791.40**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor **Hilbert Group LLC** Case number *(if known)*
Name

**Part 2:** Additional Page

**3.13 Nonpriority creditor's name and mailing address**
**Sain Builders**
**147 Hart Bench Rd**
**Darby, MT 59829**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$4,125.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.14 Nonpriority creditor's name and mailing address**
**Southern California Edison**
**P.O. Box 300**
**Rosemead, CA 91772-0001**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$5,026.56**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Service

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.15 Nonpriority creditor's name and mailing address**
**Vierergruppe Management Inc.**
**1932 East Deere Avenue Suite 150**
**Santa Ana, CA 92705**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$44,803.13**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.16 Nonpriority creditor's name and mailing address**
**WestMar Commercial Brokerage, Inc**
**41623 Margarita Road Suite 100**
**Temecula, CA 92591**

**Date or dates debt was incurred**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:** **$11,835.72**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Hilbert Group LLC**
Name

Case number *(if known)*

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | | Total of claim amounts |
|---|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | | **$172,356.51** |
| 5b. | **Total claims from Part 2** | 5b. | + | **$147,360.22** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$319,716.73** |

Fill in this information to identify the case:

Debtor name **Hilbert Group LLC**

United States Bankruptcy Court for the: **Central** District of **California** (State)

Case number (If known): ______ Chapter **11**

❑ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**1. Does the debtor have any executory contracts or unexpired leases?**

❑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial/Retail space | Action Pool Supply<br>27497 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 48 months | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Restaurant Space | Banzai Japanese Steakhouse<br>27533 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 30 months | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Space | Casa De Lucy<br>27465 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 41 months | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Commercial space | Create (Tattoo Parlor)<br>24063 Brilliante Drive<br>Wildomar, CA 92595 |
| | State the term remaining | 16 months | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Restaurant space | Del Taco<br>27445 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 92 months | |
| | List the contract number of any government contract | | |

Debtor **Hilbert Group LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Commercial space | Dutch Dry Cleaners<br>27461 Jefferson Ave |
| | State the term remaining | 9 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Commercial | Enterprise Rent-A-Car<br>Enterprise #32Y7 Attn: Accounting |
| | State the term remaining | 12 months | 6330 Marindustry Drive |
| | List the contract number of any government contract | | San Diego, CA 92121 |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Restaurant space | ET's Sports Lounge<br>27423 Jefferson Ave |
| | State the term remaining | 32 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Commercial/ Retail space | Glass Warehouse<br>27453 Jefferson Ave |
| | State the term remaining | 61 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Restaurant space | Mo's Egg House<br>27405 Jefferson Ave |
| | State the term remaining | 2 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Salon | Nu Hair Salon<br>27455 Jefferson Ave |
| | State the term remaining | 59 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |

Debtor **Hilbert Group LLC** Case number (if known) ____________
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Commercial/Retail space | Pam's Donuts and Chinese Food<br>27485 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 57 months | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | Commercial space | Pure Lux<br>27519 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 53 months | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | Commercial/Retail space | Rivera's Lawnmower Shop<br>27433-34 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | Restaurant/Retail Space | Saigon Noodle House<br>960 Payette Drive<br>Corona, CA 92881 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Commercial Space | Salvation Army<br>27525 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 0 months | |
| | List the contract number of any government contract | | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | Restaurant/Retail Space | Su Ra Korean Restaurant<br>27451 Jefferson Ave<br>Temecula, CA 92590 |
| | State the term remaining | 22 months | |
| | List the contract number of any government contract | | |

Debtor **Hilbert Group LLC** Case number (if known)
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Commercial space | Surreal Luxury<br>27459 Jefferson Ave |
| | State the term remaining | 25 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | Retail/Commercial space | Temecula Gold & Jewelry<br>710 Ball Avenue |
| | State the term remaining | 38 months | Escondido, CA 92026 |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | Commercial/Retail space | Temecula Tire & Auto<br>27415 Jefferson Ave |
| | State the term remaining | 37 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | Commercial space | The Atelier (George Foster)<br>27517 Jefferson Ave |
| | State the term remaining | 0 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Winchester Bowling<br>27475 Jefferson Ave |
| | State the term remaining | 0 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | Retail/commercial space | Winchester Dental<br>27521 Jefferson Ave |
| | State the term remaining | 10 months | Temecula, CA 92590 |
| | List the contract number of any government contract | | |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor **Hilbert Group LLC** Case number (if known) ______
Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name: Hilbert Group LLC

United States Bankruptcy Court for the: Central District of California (State)

Case number (If known): ____________

❑ Check if this is an amended filing

# Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ❑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.2 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.3 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.4 | | Street<br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Debtor **Hilbert Group LLC** Case number (if known) ____
Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.5 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |
| 2.6 | | Street<br><br>City State ZIP Code | | ❑ D<br>❑ E/F<br>❑ G |

Fill in this information to identify the case:

Debtor name Hilbert Group LLC

United States Bankruptcy Court for the: Central District of California

Case number (if known): ____________

❑ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)
- ❑ *Amended Schedule* ____________
- ❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ❑ Other document that requires a declaration ____________

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/24/2026**
MM/ DD/ YYYY

X **/s/ Ioannis Xilikakis**
Signature of individual signing on behalf of debtor

**Ioannis Xilikakis**
Printed name

**Manager**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Hilbert Group LLC**

United States Bankruptcy Court for the: **Central District of California**

Case number (if known): ______________

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | ☑ Operating a business<br>☐ Other | **$141,393.47** |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$1,213,450.79** |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | ☑ Operating a business<br>☐ Other | **$1,503,612.47** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2026** (MM/ DD/ YYYY) | to Filing date | | |
| **For prior year:** | From **01/01/2025** (MM/ DD/ YYYY) | to **12/31/2025** (MM/ DD/ YYYY) | | |
| **For the year before that:** | From **01/01/2024** (MM/ DD/ YYYY) | to **12/31/2024** (MM/ DD/ YYYY) | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Rancho California Water District**<br>Creditor's name<br>Street<br>City State ZIP Code | | **$15,986.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.<br>Creditor's name<br>Street<br>City State ZIP Code | | | |

**Relationship to debtor**

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1.
Creditor's name
Street
City State ZIP Code

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. Creditor's name<br>Street<br>City State ZIP Code | XXXX– _ _ _ _ | | |

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Four Seasons Air, Inc. v. Hilbert Group LLC et al.**<br>Case number | **Breach of contract** | **Orange County Superior Court**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Hilbert Group, LLC v. Nano Banc, Inc.**<br>Case number<br>**30-2025-01507566-CU-BC-CJC** | **Breach of contract** | **Orange County Superior Court**<br>Name<br>Street<br>City State ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

8.1.

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Custodian's name | | |
| Street | **Case title** | **Court name and address** |
| | | Name |
| City State ZIP Code | **Case number** | Street |
| | **Date of order or assignment** | City State ZIP Code |

**Part 4:** Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

9.1.

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| Recipient's name | | | |
| Street | | | |
| City State ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

**Part 5:** Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. | | | |

**Part 6:** Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| **Wall Law Office** | | | |

**Address**

**26895 Aliso Creek Rd # B-110**
Street

**Aliso Viejo, CA 92656-5301**
City State ZIP Code

**Email or website address**

**wwall@wall-law.com**

**Who made the payment, if not debtor?**

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**Trustee**

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | | | | |

**Address**

Street

City State ZIP Code

**Relationship to debtor**

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street<br>City State ZIP Code | From ______ To ______ |

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name<br>Street<br>City State ZIP Code | | |

| Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|
| | *Check all that apply:*<br>❑ Electronically<br>❑ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained.

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1 | **Enterprise Bank and Trust**<br>Name<br><br>Street<br><br>City State ZIP Code | XXXX– 2 8 8 7 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **02/06/2026** | **$0.00** |
| 18.2 | **Nano Banc**<br>Name<br>**7755 Irvine Center Drive 3rd floor**<br>Street<br>**7755 Irvine Center Driv**<br>**Irvine, CA 92618**<br>City State ZIP Code | XXXX– 4 3 8 7 | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **02/06/2026** | **$214.41** |

| | | | | | |
|---|---|---|---|---|---|
| 18.3 | **Nano Banc**<br>Name<br>**7755 Irvine Center Drive 3rd floor**<br>Street<br>**7755 Irvine Center Driv**<br>**Irvine, CA 92618**<br>City State ZIP Code | XXXX– **7 . 3 8** | ☑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other | **02/06/2026** | **$5,797.38** |
| 18.4 | **Nano Banc**<br>Name<br>**7755 Irvine Center Drive 3rd floor**<br>Street<br>**7755 Irvine Center Driv**<br>**Irvine, CA 92618**<br>City State ZIP Code | XXXX– **9 7 5 7** | ☑ Checking<br>❑ Savings<br>❑ Money market<br>❑ Brokerage<br>❑ Other | **12/29/2025** | **$0.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 19.1 | Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| 20.1 | Name<br>Street<br>City State ZIP Code | Address | | ❑ No<br>❑ Yes |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| <br>**Case number** | Name<br>Street<br>City State ZIP Code | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | Name<br>Street<br>City State ZIP Code | | |

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Name<br>Street<br>City State ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From ______ To ______ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Jasmine Yilmaz**<br>Name<br>**520 Newport Center drive Suite 480**<br>Street<br>**Newport Beach, CA 92660**<br>City State ZIP Code | From ______ To ______ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | **A&S Accounting Solutions**<br>Name<br>**8941 Atlanta Ave #341**<br>Street<br>**92646**<br>City State ZIP Code | From ______ To ______ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jasmine Yilmaz** (Name)<br>**520 Newport Center drive Suite 480** (Street)<br>**Newport Beach, CA 92660** (City State ZIP Code) | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. Name<br>Street<br>City State ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Name<br>Street<br>City State ZIP Code |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| | | , | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | , | From<br>To |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Name<br>Street<br><br>City State ZIP Code | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/24/2026**
MM/ DD/ YYYY

✗ **/s/ Ioannls Xlllkakls**
Signature of individual signing on behalf of the debtor

Printed name **Ioannls Xlllkakls**

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
❑ Yes

Debtor **Hilbert Group LLC**
Name

Case number *(if known)*

X **/s/ Ioannis Xilikakis**
Signature of individual signing on behalf of the debtor

Printed name **Ioannis Xilikakis**

Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

- [x] No
- [ ] Yes

# United States Bankruptcy Court

## Central District of California

**In re** Hilbert Group LLC

**Debtor**

Case No. ____________

Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 12,500.00

   Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $ 12,500.00

   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ____________

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e. [List other services that counsel has agreed to provide]
All customary Chapter 11 Services

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/24/2026
*Date*

/s/ William J. Wall
*Signature of Attorney*

Wall & Son
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **William J Wall**<br>**Bar Number: 203970**<br>**Wall Law Office**<br>**26895 Aliso Creek Rd # B-110**<br>**Aliso Viejo, CA 92656-5301**<br>**Phone: (949) 387-4300**<br>**Email: wwall@wall-law.com**<br><br>☐ *Debtor(s) appearing without attorney*<br>☑ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re: | CASE NO.: |
|---|---|
| **Hilbert Group LLC** | CHAPTER: 11 |
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 6 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 02/24/2026 /s/ Ioannis Xilikakis
Manager

Date: ____________ ____________
Signature of Debtor 2 (joint debtor) (if applicable)

Date: ____________ ____________
Signature of Attorney for Debtor (if applicable)

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

ABC Supply Co. Inc.
PO Box BOX 748242
Los Angeles, CA 90074-8242

Action Pool Supply
27497 Jefferson Ave
Temecula, CA 92590

Alz Electrical and Lighting
Service
23905 Clinton Keith Rd 114-395
Wildomar, CA 92595

American Jetting Services
P.O Box 1699
Ontario, CA 91762

Banzai Japanese Steakhouse
27533 Jefferson Ave
Temecula, CA 92590

Casa De Lucy
27465 Jefferson Ave
Temecula, CA 92590

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-9952

Create (Tattoo Parlor)
24063 Brilliante Drive
Wildomar, CA 92595

Del Taco
27445 Jefferson Ave
Temecula, CA 92590

DS PE Holdco, LLC
DLA Piper LLP (US)
Eric D. Goldberg
2000 Avenue of the Stars, North Tower
400
Los Angeles, CA 90067

Dutch Dry Cleaners
27461 Jefferson Ave
Temecula, CA 92590

Ellington (Elizon DB 2016-1
Trust)
53 Forest Avenue
Old Greenwich, CT 06870

Enterprise Rent-A-Car
Enterprise #32Y7
Attn: Accounting
6330 Marindustry Drive
San Diego, CA 92121

ET's Sports Lounge
27423 Jefferson Ave
Temecula, CA 92590

Glass Warehouse
27453 Jefferson Ave
Temecula, CA 92590

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660

Knight Security & Fire Systems
2418 Auto Park Way
Escondido, CA 92029

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605

Mo's Egg House
27405 Jefferson Ave
Temecula, CA 92590

Nu Hair Salon
27455 Jefferson Ave
Temecula, CA 92590

Pam's Donuts and Chinese Food
27485 Jefferson Ave
Temecula, CA 92590

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056

Prime Investors Corporation
P.O.Box 3697
Vista, CA 92085

Pure Lux
27519 Jefferson Ave
Temecula, CA 92590

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503

Rancho California Water
District
PO Box 512687
Los Angeles, CA 90051-0687

Rivera's Lawnmower Shop
27433-34 Jefferson Ave
Temecula, CA 92590

Riverside County Treasurer
P.O. Box 12005
Riverside, CA 92502-2205

Saigon Noodle House
960 Payette Drive
Corona, CA 92881

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Salvation Army
27525 Jefferson Ave
Temecula, CA 92590

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Su Ra Korean Restaurant
27451 Jefferson Ave
Temecula, CA 92590

Surreal Luxury
27459 Jefferson Ave
Temecula, CA 92590

Temecula Gold & Jewelry
710 Ball Avenue
Escondido, CA 92026

Temecula Tire & Auto
27415 Jefferson Ave
Temecula, CA 92590

The Atelier (George Foster)
27517 Jefferson Ave
Temecula, CA 92590

Vierergruppe Management
Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705

WestMar Commercial
Brokerage, Inc
41623 Margarita Road Suite 100
Temecula, CA 92591

Winchester Bowling
27475 Jefferson Ave
Temecula, CA 92590

Winchester Dental
27521 Jefferson Ave
Temecula, CA 92590