<table>
<tr><td>Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>RAINES FELDMAN LITTRELL LLP<br>Kyra E. Andrassy, SBN 207959<br>kandrassy@raineslaw.com<br>4675 MacArthur Court, Suite 1550<br>Newport Beach, CA 92660<br>Tell.: (310) 440-4100<br>Fax: (310) 691-1943<br><br>☐ Individual appearing without attorney<br>☒ Attorney for: Hilbert Group LLC</td><td>FOR COURT USE ONLY</td></tr>
<tr><td colspan="2">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION</td></tr>
<tr><td rowspan="3">In re:<br>Hilbert Group LLC<br><br>Debtor(s).</td><td>CASE NO.: 8:26-bk-10578-MH<br><br>CHAPTER: 11</td></tr>
<tr><td>NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]</td></tr>
<tr><td>☐ No hearing: LBR 9013-1(q)<br>☒* Hearing information<br>DATE: April 28, 2026<br>TIME: 2:30 p.m.<br>COURTROOM: 6C<br>ADDRESS: 411 W. Fourth St., Santa Ana, CA 92701</td></tr>
</table>

1. Bar Date. The court has set a deadline of *(date)* July 1, 2026 (Bar Date), for creditors in the above-referenced case to file proofs of claim against the Debtor's estate. ON OR BEFORE THE BAR DATE, PROOFS OF CLAIM MUST BE FILED WITH THE COURT CLERK AT:

   ☐ 255 East Temple Street, Los Angeles, CA 90012
   ☐ 21041 Burbank Boulevard, Woodland Hills, CA 91367
   ☐ 3420 Twelfth Street, Riverside, CA 92501
   ☒ 411 West Fourth Street, Santa Ana, CA 92701
   ☐ 1415 State Street, Santa Barbara, CA 93101

2. Form. You may obtain a Proof of Claim form (Official Form 410) on the Bankruptcy Court's web site at http://www.cacb.uscourts.gov, or visit the Intake area at any division of the Court.

3. Exceptions to the Bar Date. Exceptions to the Bar Date include, but are not limited to, the following:

   (a) Executory contracts/unexpired leases. For claims arising from rejection of any executory contract or unexpired lease, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the date of entry of an order authorizing the rejection of such contract or lease or after any automatic rejection of such contract or lease. *See* 11 U.S.C. §§ 365(d)(4) and 502(g).

(b) Governmental units. For claims of governmental units, the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) before 180 days after the date of the Order for Relief in this case (the person signing this form has determined that the Order for Relief was entered on *(date)* February 24, 2026 , and therefore calculates that this deadline is *(date)* August 24, 2026 ). *See* 11 U.S.C. §§ 101(27) and 502(b)(9).

(c) Avoidance. For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code (11 U.S.C. § 544 and following), the last day to file a Proof of Claim is the later of (a) the Bar Date or (b) 30 days after the entry of judgment avoiding the transfer. *See* 11 U.S.C. § 502(h).

(d) Agreed claims. If your claim is listed on the Debtor's official bankruptcy schedules of assets and liabilities (Schedules) and it is not listed as disputed, contingent, unliquidated or unknown, then your claim is deemed filed in the amount set forth in those Schedules. 11 U.S.C. § 1111(a). But, if your claim is not listed on the Schedules, or is listed as disputed, contingent, unliquidated or unknown, or if you disagree with the amount or description of your claim (*e.g.*, its description as unsecured or non-priority), then you must timely filed a Proof of Claim as set forth in this Notice.

4. 11 U.S.C. § 503(b)(9) Claims. Claims arising from unpaid goods received by the Debtor in the ordinary course of business within 20 days prepetition are subject to an administrative expense priority pursuant to 11 U.S.C. §§ 507(a)(2) and 503(b)(9). Any creditor who wishes to assert such a claim must file a Proof of Claim by the Bar Date, modified as follows: (a) *Section 2 of Proof of Claim.* **Identify:** (i) the goods for which the Debtor has not paid; (ii) the method(s) of shipment; (iii) the actual date(s) when those goods were *received* by the Debtor (or state that an estimated date has been used); and (iv) the place of delivery – *e.g.*, "computers shipped via U.S. mail, received by the Debtor at the Debtor's warehouse on [insert estimated date]" (use a continuation sheet if necessary); (b) *Section 5 of Proof of Claim*. Check the box for "Other" priority and specify that priority is under **11 U.S.C. §§ 507(a)(2) and 503(b)(9)**.

5. Interest Holders. If the Debtor or the chapter 11 trustee believes it necessary to set a bar date for interest holders (*e.g.*, holders of common or preferred stock), then, before this Notice is served, the chambers of the presiding judge in this case must be contacted for further instructions.

**FAILURE OF A CREDITOR TO FILE A PROOF OF CLAIM ON OR BEFORE THE DEADLINE MAY RESULT IN DISALLOWANCE OF THE CLAIM OR SUBORDINATION UNDER THE TERMS OF A PLAN OF REORGANIZATION WITHOUT FURTHER NOTICE OR HEARING. 11 U.S.C. § 502(b)(9). CREDITORS MAY WISH TO CONSULT AN ATTORNEY TO PROTECT THEIR RIGHTS.**

Date: May 1, 2026

By: /s/ Kyra E. Andrassy
Signature of Debtor, chapter 11 trustee, or their attorney

Name: Kyra E. Andrassy
Printed name of Debtor, chapter 11 trustee, or their attorney

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM IN A CHAPTER 11 CASE [LBR 3003-1]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On *(date)* **May 4, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On *(date)* **May 1, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 1, 2026 | Connie-Marie Santiago | /s/ Connie-Marie Santiago |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-8
Case 8:26-bk-10578-MH
Central District of California
Santa Ana

DS PE Holdco, LLC

Hilbert Group LLC
520 Newport Center Drive, Suite 480
Hilbert Group Manager LLC
Newport Beach, CA 92660-7034

Santa Ana Division
411 West Fourth Street, Suite 2030,
Santa Ana, CA 92701-4500

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680-2725

ABC Supply Co. Inc.
PO Box BOX 748242
Los Angeles, CA 90074-8242

Action Pool Supply
27497 Jefferson Ave
Temecula, CA 92590-2657

Alz Electrical and Lighting Service
23905 Clinton Keith Rd 114-395
Wildomar, CA 92595-7897

American Jetting Services
P.O Box 1699
Ontario, CA 91762-0699

Banzai Japanese Steakhouse
27533 Jefferson Ave
Temecula, CA 92590-2600

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-7096

Casa De Lucy
27465 Jefferson Ave
Temecula, CA 92590-2602

Create (Tattoo Parlor)
24063 Brilliante Drive
Wildomar, CA 92595-7877

DS PE Holdco, LLC
DLA Piper LLP (US)
Eric D. Goldberg
2000 Avenue of the Stars, North Tower 40
Los Angeles, CA 90067-4703

Del Taco
27445 Jefferson Ave
Temecula, CA 92590-2602

Dutch Dry Cleaners
27461 Jefferson Ave
Temecula, CA 92590-2602

ET's Sports Lounge
27423 Jefferson Ave
Temecula, CA 92590-2602

Ellington (Elizon DB 2016-1 Trust)
53 Forest Avenue
Old Greenwich, CT 06870-1526

Enterprise Rent-A-Car
Enterprise #32Y7
Attn: Accounting
6330 Marindustry Drive
San Diego, CA 92121-2533

Glass Warehouse
27453 Jefferson Ave
Temecula, CA 92590-2602

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660-2616

Knight Security & Fire Systems
2418 Auto Park Way
Escondido, CA 92029-1223

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605-1705

Mo's Egg House
27405 Jefferson Ave
Temecula, CA 92590-2602

Nu Hair Salon
27455 Jefferson Ave
Temecula, CA 92590-2602

Pam's Donuts and Chinese Food
27485 Jefferson Ave
Temecula, CA 92590-2657

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056-2669

Prime Investors Corporation
P.O.Box 3697
Vista, CA 92085-3697

Pure Lux
27519 Jefferson Ave
Temecula, CA 92590-2600

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503-4991

Rancho California Water District
PO Box 512687
Los Angeles, CA 90051-0687

Rivera's Lawnmower Shop
27433-34 Jefferson Ave
Temecula, CA 92590-2602

Riverside County Treasurer
P.O. Box 12005
Riverside, CA 92502-2205

Riverside County Treasurer -
Tax Collector
4080 Lemon St., 4th Floor
Riverside, CA 92501-3609

Saigon Noodle House
960 Payette Drive
Corona, CA 92881-8497

Sain Builders
147 Hart Bench Rd
Darby, MT 59829-9619

Salvation Army
27525 Jefferson Ave
Temecula, CA 92590-2600

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

Su Ra Korean Restaurant
27451 Jefferson Ave
Temecula, CA 92590-2602

Surreal Luxury
27459 Jefferson Ave
Temecula, CA 92590-2602

Temecula Gold & Jewelry
710 Ball Avenue
Escondido, CA 92026-3102

Temecula Tire & Auto
27415 Jefferson Ave
Temecula, CA 92590-2602

The Atelier (George Foster)
27517 Jefferson Ave
Temecula, CA 92590-2600

United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705-5716

WestMar Commercial Brokerage, Inc
41623 Margarita Road Suite 100
Temecula, CA 92591-2989

Winchester Bowling
27475 Jefferson Ave
Temecula, CA 92590-2602

Winchester Dental
27521 Jefferson Ave
Temecula, CA 92590-2600

William J Wall
Wall & Son
26895 Aliso Creek Rd. #B-110
Aliso Viejo, CA 92656-5301

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 48 |
| Bypassed recipients | 0 |
| Total | 48 |