**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Proposed Attorneys for
Hilbert Group LLC, Debtor-in-Possession

FILED & ENTERED

JUL 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

HILBERT GROUP LLC

Debtor-in-Possession.

Case No.: 8:26-bk-10578-MH

Chapter 11

**ORDER APPROVING MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO PROPERTY MANAGEMENT AGREEMENT WITH R & K INTERESTS, INC. DBA INVESTORS' PROPERTY SERVICES AS PROPERTY MANAGEMENT COMPANY EFFECTIVE JUNE 1, 2026**

[No Hearing Required Pursuant to Local Bankruptcy Rule 9013-1(o)]

On June 30, 2026, Hilbert Group LLC, the debtor and debtor-in-possession (the "**Debtor**"), filed and served a *Motion Pursuant to 11 U.S.C. § 363(b) to Enter Into Property Management Agreement with R & K Interests, Inc. dba Investors' Property Services* ("**IPS**") *as Property Management Company Effective June 1, 2026* (the "**Motion**") [Dkt. 64]. No opposition or request for hearing on the Motion was filed or served. Having reviewed the Motion and papers filed in support thereof, service being proper, and good cause appearing therefrom,

**IT IS ORDERED:**

1. The Motion is GRANTED;

2. The Debtor is authorized to enter into the Property Management Agreement with IPS pursuant to 11 U.S.C. § 363(b); and

3. Subject to either the consent of the secured creditors or Court order authorizing the Debtor to use cash collateral, the Debtor is authorized to pay IPS the compensation provided in the Property Management Agreement on a monthly basis.

###

Date: July 28, 2026

Mark Houle
United States Bankruptcy Judge