**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsels for Hilbert Group LLC,
Debtor-in-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>HILBERT GROUP LLC,<br><br>Debtor-in-Possession. | Case No.: 8:26-bk-10578-MH<br><br>Chapter 11<br><br>**DEBTOR'S CHAPTER 11 STATUS REPORT**<br><br>**<u>Hearing Information</u>:**<br>Date: September 15, 2026<br>Time: 1:30 p.m.<br>Place: Courtroom 6C<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

**TO THE HONORABLE MARK D. HOULE, UNITED STATES BANKRUPTCY JUDGE, AND CREDITORS ENTITLED TO NOTICE:**

Hilbert Group LLC (the "**Debtor**") submits its chapter 11 status report in connection with the September 15, 2026, status conference.

## I. EVENTS LEADING TO THE FILING OF THE CASE

The Debtor owns and operates a shopping center in Temecula, California, at 27415, 27445, 27481, 27515, and 27535 Jefferson Avenue (the "**Property**"). The Property is a multi-parcel retail center located along the I-15 freeway and contains approximately 65,910

square feet of combined building area consisting of in-line retail stores and a freestanding pad building. The Property is located within Temecula's primary retail corridor and includes surface parking. The Property has approximately 20 retail tenants and is 60% leased and generates gross monthly rents of approximately $105,000. It is in average condition. It is subject to a lien in favor of DS PE Holdco, LLC ("**Holdco**") with Holdco asserting that it is currently owed approximately $13,317,551.80. There are also defaulted property taxes.

The Debtor and Holdco are in agreement with the proposed broker for the Property and the Debtor is prepared to file its employment application. However, the broker has offered an opinion of value that if correct, renders the Property overencumbered. The Debtor and Holdco are in discussions about the path forward and whether, if the broker is correct, Holdco will agree to a carveout of its lien to pay administrative expenses. Holdco is receiving the adequate protection payments required by 11 U.S.C. § 362(d)(3). Pending these discussions, the Debtor and Holdco have stipulated to several continuances of Holdco's motion to dismiss the case and motion for relief from stay, with the hearing currently scheduled for October 13, 2026, at 1:30 p.m.

## II. AVOIDANCE CLAIMS

The Debtor is not presently aware of any avoidance actions.

## III. STATUS OF RETENTION OF COUNSEL AND OTHER PROFESSIONALS

The Court has approved the employment of Raines Feldman Littrell LLP as counsel to the Debtor, the retention of Grobstein Teeple, LLP, to provide support services to Howard Grobstein, in his capacity as the manager of the Debtor, and Investors' Property Services as the property manager. An application to employ the real estate broker is expect to be filed shortly.

## IV. STATUS OF COMPLIANCE WITH OBLIGATIONS OF THE OFFICE OF THE UNITED STATES TRUSTEE

The Debtor believes that it is in compliance with all of its duties under the Bankruptcy Code and all applicable guidelines of the Office of the United States Trustee.

## V. DEADLINE FOR THE DISCLOSURE STATEMENT AND PLAN

At the April 28, 2026, status conference, the Court set July 15, 2026, as the deadline to file a plan and disclosure statement and September 29, 2026, as the deadline for approval of the disclosure statement. On July 13, 2026, the Court issued an order granting the Debtor's motion to amend scheduling order [Dkt. 77], and set September 22, 2026, as the deadline to file and plan and disclosure statement and November 21, 2026, as the deadline for approval of the disclosure statement. The deadline to confirm the plan is December 15, 2026.

## VI. CLAIM DEADLINE

The Court set a deadline of July 1, 2026, for creditors to file claims. The Debtor has served the notice of the deadline on all creditors.

Respectfully submitted,

Dated: September 8, 2026

**RAINES FELDMAN LITTRELL LLP**

By: *<u>/s/ Kyra E. Andrassy</u>*
Kyra E. Andrassy
Counsel for Hilbert Group LLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
4675 MacArthur Court, Suite 1550, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S CHAPTER 11 STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 8, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 8, 2026 | Bambi Clark | /s/ Bambi Clark |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Kyra E Andrassy** kandrassy@raineslaw.com, bclark@raineslaw.com;csantiago@raineslaw.com
- **Jessica L Bagdanov** jbagdanov@bg.law, ecf@bg.law
- **Matthew Bouslog** mbouslog@allenmatkins.com, ncampos@allenmatkins.com
- **Eric D Goldberg** eric.goldberg@dlapiper.com, eric-goldberg-1103@ecf.pacerpro.com
- **Ira David Kharasch** ikharasch@pszjlaw.com
- **Stephen M. Mott** smott@raineslaw.com, csantiago@raineslaw.com;bclark@raineslaw.com
- **David M Poitras** dpoitras@bg.law
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Christopher A Ward** cward@lowenstein.com, lsuprum@lowenstein.com

2. **SERVED BY UNITED STATES MAIL**:

*20 Largest Unsecured Creditors*

Joses Nuevo Landscaping LLC
3857 Birch Street Suite 209
Newport Beach, CA 92660

Vierergruppe Management Inc.
1932 East Deere Avenue Suite 150
Santa Ana, CA 92705

WestMar Commercial Brokerage, Inc
41623 Margarita Road, Suite 100
Temecula, CA 92591

Southern California Edison
P.O. Box 300
Rosemead, CA 91772-0001

Prime Investors Corporation
P.O.Box 3697
Vista, CA 92085

Sain Builders
147 Hart Bench Rd
Darby, MT 59829

Rancho California Water District
PO Box 512687
Los Angeles, CA 90051-0687

4 Seasons Air, Inc.
8585 Katella Avenue
Stanton, CA 90680

CR&R, Inc.
PO Box 7096
Pasadena, CA 91109-9952

Kuri Services LLC
14817 Janine Dr.
Whittier, CA 90605

American Jetting Services
P.O Box 1699
Ontario, CA 91762

ABC Supply Co. Inc.
PO Box BOX 748242
Los Angeles, CA 90074-8242

Ramsey Backflow & Plumbing
11626 Sterling Ave Suite D
Riverside, CA 92503

Alz Electrical and Lighting Service
23905 Clinton Keith Rd 114-395
Wildomar, CA 92595

Knight Security & Fire Systems
2418 Auto Park Way
Escondido, CA 92029

Pestgon, Inc.
3612 Ocean Ranch Rd
Oceanside, CA 92056