FormCACB (hrgcnt − van221m)
(v. 12/2021)

# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

## NOTICE OF RESCHEDULED/CONTINUED HEARING

**DEBTOR(S) INFORMATION:**
Hilbert Group LLC

**SSN:** N/A
**EIN:** 32−0480193

6300 Canoga Ave
Ste 1500W
Woodland Hills, CA 91367

**BANKRUPTCY NO.** 8:26−bk−10578−MH
**CHAPTER** 11

**NOTICE IS HEREBY GIVEN** that the hearing regarding: DS PE Holdco, LLC's Motion to Dismiss Chapter 11 Case with Prejudice (Dkt No.11).

Is hereby rescheduled/continued.

**Current hearing date:**

| | |
|---|---|
| **Date:** | October 13, 2026 |
| **Time:** | 01:30 PM |
| **Hearing Judge:** | Mark D. Houle |
| **Location:** | 411 W Fourth St., Crtrm 6C, Santa Ana, CA 92701 |

**New hearing date:**

| | |
|---|---|
| **Date:** | **October 20, 2026** |
| **Time:** | **01:30 PM** |
| **Hearing Judge:** | **Mark D. Houle** |
| **Location:** | **411 W Fourth St., Crtrm 6C, Santa Ana, CA 92701** |

**This matter is being continued by the court as the original date of October 13, 2026, is no longer available.**

FOR THE COURT,

Dated: September 14, 2026

**Kathleen J. Campbell**
Clerk of Court