**RAINES FELDMAN LITTRELL LLP**
Kyra E. Andrassy (State Bar No. 207959)
*kandrassy@raineslaw.com*
Robert S. Marticello (State Bar No. 244256)
*rmarticello@raineslaw.com*
Stephen M. Mott (State Bar No. 362642)
*smott@raineslaw.com*
4675 MacArthur Court, Suite 1550
Newport Beach, CA 92660
Telephone: (310) 440-4100
Facsimile: (310) 691-1943

Counsel for Debtor-in-possession
Hilbert Group, LLC

FILED & ENTERED

OCT 28 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jle DEPUTY CLERK

CHANGES MADE BY COURT

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

In re:

HILBERT GROUP, LLC,

Debtor-in-Possession.

Case No.: 8:26-bk-10578-MH

Chapter 11

**ORDER GRANTING MOTION TO FURTHER AMEND SCHEDULING ORDER REGARDING DEADLINE TO FILE A DISCLOSURE STATEMENT AND PLAN AND FOR AN EXTENSION OF THE EXCLUSIVITY PERIODS OF 11 U.S.C. § 1121**

Hearing Information:
DATE: October 27, 2026
TIME: 1:30 p.m.
CTRM: 6C

At the above date and time, the Court held a hearing on the *Motion to Further Amend Scheduling Order Regarding Deadline to File a Disclosure Statement and Plan and for an Extension of the Exclusivity Periods of 11 U.S.C. § 1121* [Dkt. 100] (the "**Motion**") filed by Hilbert Group LLC, the debtor in this case (the "**Debtor**"). Appearances were as noted on the record. At the hearing, counsel for the Debtor orally amended the Motion to include a request to extend the deadlines set by the Court in its Scheduling Order entered on June 4, 2026, for approval of the disclosure statement and confirmation of the plan. For the reasons set forth in

the Motion and on the record and there being no opposition to the Motion, and the Court having found that the notice of the Motion and Motion were proper and that cause exists to approve the Motion,

**IT IS ORDERED AS FOLLOWS:**

1. The Motion is granted;

2. The Scheduling Order is further amended to provide that the Debtor shall file its disclosure statement and plan on or before January 20, 2027;

3. The deadline for the Debtor to obtain approval of its disclosure statement is extended to March 31, 2027, and the deadline for the Debtor to confirm its plan is extended to May 31, 2027; and

4. The deadlines in 11 U.S.C. § 1121(d) are extended by one hundred twenty (120) days, to January 20, 2027, and March 22, 2027, respectively.

5. The Court notes that the instant case has been pending in Chapter 11 since February 24, 2026. Any further request for an extension of deadlines will be subject to a high degree of scrutiny.

###

Date: October 28, 2026

Mark Houle
United States Bankruptcy Judge